IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 10 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01458-BNB

ALFRED KAUFMAN, # 120388,

    Applicant,

v.

WARDEN KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A
DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On July 16, 2007, the Court ordered Applicant Alfred Kaufman to show cause within thirty days why the 28 U.S.C. § 2254 Application should not be denied as time-barred pursuant to 28 U.S.C. § 2244(d). On July 25, 2007, Mr. Kaufman submitted a Response. Subsequently, in accordance with the Court's July 27, 2007, Order, Applicant also filed an Amended Application on August 8, 2007. Because it appears that Mr. Kaufman has exhausted his state court remedies in a timely manner, the July 16, 2007, Order to Show Cause will be discharged. The case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the July 16, 2007, Order to Show Cause is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 10th day of August, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01458-BNB

Alfred J. Kaufman
Reg. No. 120388
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on   8/10/07

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk