IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–01458–REB–KMT

ALFRED KAUFMAN,

    Plaintiff,

v.

KEVIN MILYARD, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

---

**ORDER**

---

    This matter is before the court *sua sponte*.

    IT IS HEREBY **ORDERED** that on or before **July 31, 2009**, the Clerk of the Denver District Court shall provide to this court the original written record, including transcripts, of Denver criminal case no. 03CR1771, *People v. Kaufman*.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Denver District Court by facsimile to **(720) 865-8582** and by regular mail to Clerk of the Denver District Court, 1437 Bannock Street, Denver, Colorado 80202.

    Dated this 15th day of July, 2009.

                                                **BY THE COURT:**

                                                Kathleen M. Tafoya
                                                United States Magistrate Judge