FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 2 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.  07-cv-01458 REB-KMT

ALFRED KAUFMAN,

      Petitioner,

vs.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final.  It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, May 12, 2010.

BY THE COURT:

Bob Blackburn

Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-01458 REB-KMT

Denver District Court, City and County of Denver
Denver City and County Bldg.
1437 Bannock St. Rm 256
Denver, CO 80202

Alfred Kaufman
2323 Curtis St. Francis Center
Cross Roads Salvation Army
1901 29th St.
Denver, CO 80216

John Jacob Fuerst, III - Colorado Attorney General's Office - Appellate Section
Cheryl Home Canaday - Colorado Attorney General's Office - Appellate Section
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE
COURT RECORD** to the above-named individuals on _5/12/10_ .

                        GREGORY C. LANGHAM, CLERK

                        By: _____
                                    Deputy Clerk